UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

　　　　　　　　　　Plaintiff,

-against-

HAROLD BAILEY "B.J." GALLISON, II (A.K.A. BART WILLIAMS), MONEYLINE BROKERS, BASTILLE ADVISORS, INC., CLUB CONSULTANTS, INC., JUROJIN, INC., SANDIAS AZUCARADAS CR, S.A., VANILLA SKY, S.A., ROGER G. COLEMAN, SR., ANN "ANNA" M. HISKEY, ROBIN M. RUSHING, DAVID K. RUSHING, MICHAEL J. R CARL H. KRUSE, SR.ANDLES, WARRIOR GIRL CORP., , CARL H. KRUSE, JR. (A.K.A. CARL KRUSE-VELASQUEZ), ALLAN M. MIGDALL, NATURE'S PEAK F.K.A. EVEROCK, INC., FRANK J. ZANGARA, MARK S. DRESNER, CHARLES "CHUCK" S. MOELLER, ROBERT S. OPPENHEIMER, ANTONIO ("TONY" OR "ANTHONY") J. KATZ, RICHARD S. ROON, FRY CANYON CORPORATION, L.F. TECHNOLOGY GROUP LLC, STARBURST INNOVATIONS LLC, TACHION PROJECTS, INC., B.H.I. GROUP, INC., U D F CONSULTING INC., DIGITAL EDGE MARKETING LLC, CORE BUSINESS ONE, INC., SPECTRUM RESEARCH GROUP INC., OCEANIC CONSULTING LLC, and AKAT GLOBAL LLC,

　　　　　　　　　　Defendants.

15-cv-05456 (GBD)

# [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANTS DAVID K. RUSHING AND ROBIN M. RUSHING

This Court, having considered Securities and Exchange Commission's Motion for Voluntary Dismissal of Claims against Defendants David K. Rushing and Robin M. Rushing under Rule 41(a)(2) of the Federal Rules of Civil Procedure (ECF No. 396);

Finding good cause, as it appears that Defendants David K. Rushing and Robin M. Rushing have died recently, this Court GRANTS the said Motion.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims against Defendants David K. Rushing and Robin M. Rushing in this action are hereby DISMISSED.

The parties shall bear their own costs.

SO ORDERED.

Dated: **MAY 2 4 2022**

_____
HON. GEORGE B. DANIELS, U.S.D.J.