```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

                          Plaintiff,

-against-

Harold Bailey Gallison, et al.,

                          Defendants.

1:15-cv-05456 (GBD) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       The parties are directed to appear for a telephone conference on Thursday, January 26, 2023, at 11:00 a.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:     New York, New York
             December 29, 2022

_____
STEWART D. AARON
United States Magistrate Judge