UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

                Plaintiff,

-against-

Harold Bailey Gallison, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/26/2023

1:15-cv-05456 (GBD) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

By Order dated April 26, 2023 (ECF No. 443), the Honorable George B. Daniels recommitted this case to the undersigned for an evidentiary hearing to determine civil penalties, disgorgement and prejudgment interest. Accordingly, it is hereby ORDERED that, no later than May 3, 2023, the parties shall file a joint letter setting forth the following:

1) The witnesses, if any, each party intends to call at the hearing;

2) Three dates when the parties are available for such hearing; and

3) What written submissions, if any, the parties wish to file prior to the hearing, as well as a proposed schedule therefor.

SO ORDERED.

Dated:     April 26, 2023
            New York, New York

_____
**STEWART D. AARON**
**United States Magistrate Judge**