UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

                              Plaintiff,

-against-

Harold Bailey Gallison, et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/27/2023

1:15-cv-05456 (GBD) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

Following an evidentiary hearing today with respect to civil penalties, disgorgement and prejudgment interest, it is hereby ORDERED that:

1) No later than July 24, 2023, the parties shall each file their initial post-hearing submissions, which shall not exceed 20 pages; and

2) No later than August 7, 2023, the parties shall each file their reply submissions, which shall not exceed 10 pages.

SO ORDERED.

Dated:     June 27, 2023
            New York, New York

_____
**STEWART D. AARON**
**United States Magistrate Judge**