## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

      -against-                                        15 **CIVIL** 5456 (GBD)(SDA)

##                                                                      JUDGMENT

ROBERT S. OPPENHEIMER AND CORE BUSINESS
ONE, INC.,

                      Defendants.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated July 8, 2024, the Report is ADOPTED in its entirety. Defendants' objections are OVERRULED. Final judgment is entered against Defendants imposing the following: (1) a $150,000.00 civil penalty for Oppenheimer and a $725,000.00 civil penalty for CBO; (2) disgorgement from Oppenheimer and CBO in the amount of $480,000.00, jointly and severally; and (3) prejudgment interest from Oppenheimer and CBO of $300,858.59 on the disgorgement amount, jointly and severally; accordingly, the case is closed.

**Dated:**  New York, New York

       July 9, 2024

                                                               **DANIEL ORTIZ**

                                                               **Acting Clerk of Court**

                                  **BY:**      *K. Mango*

                                                               **Deputy Clerk**